FRANCIS ET AL., APPELLEES, *v.* HARTFORD FIRE INSURANCE COMPANY; ROYAL INSURANCE COMPANY OF AMERICA, APPELLANT.

[Cite as *Francis v. Hartford Fire Ins. Co.,* 101 Ohio St.3d 62, 2004-Ohio-8.]

(No. 2003–1697—Submitted November 18, 2003—Decided January 14, 2004.)

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

_____

Smith & Colner and James D. Colner, for appellees.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., and Shawn W. Maestle, for appellant.